JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ, JR. <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 8:18-CV-01803-JLS <br> Case No. 8:16-CR-00113-JLS-1 <br><br> **JUDGMENT** |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
Hon. Josephine L. Staton
United States District Judge

1